# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISON

| | |
|---|---|
| SOUTHERN PIONEER PROPERTY & CASUALTY INSURANCE COMPANY, ) ) ) ) | |
| PLAINTIFF, ) ) | |
| v. ) ) | CASE NO: 1:18-CV-461-GMB [WO] |
| TERRY NEWSOME d/b/a CHAZZ AUTOMOTIVE, ) ) ) | |
| DEFENDANT. ) | |

## CONSENT JUDGMENT AND ORDER

In accordance with the Joint Motion for Entry of Consent Judgment (Doc. 16), filed December 21, 2018, Plaintiff Southern Pioneer Property & Casualty Insurance Company ("Southern Pioneer") and Defendant Terry Newsome d/b/a Chazz Automotive ("Newsome") (collectively "the parties") agree to resolve all matters in this action, and consent to entry of a Judgment and Order by this court. Pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties have consented to the jurisdiction of the undersigned United States Magistrate Judge. Docs. 10 & 11.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Motion (16) is GRANTED and judgment is hereby ENTERED as follows:

1.  That there is a *bona fide* controversy between the parties as to their legal rights, duties, status, and liability;

2.  That the subject insurance policy (No. CP00006661) (the "subject policy") issued to Terry Newsome d/b/a Chazz Automotive is void *ab initio*;

3.  That Southern Pioneer has a right to rescind the subject policy accordingly;

4.  That, because the Policy is rescinded and void *ab initio*, Southern Pioneer has no coverage obligations under the Policy for any claims made against any insured;

5.  That the subject policy is hereby rescinded;

6.  That this final judgment is hereby ENTERED against Defendant and in favor of the Plaintiff; and

7.  That costs be taxed as paid.

DONE on the 27th day of December, 2018.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE